# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ROBERT D. WILCOX,

Plaintiff,

        v.                          Case No. 16-cv-00566-WES-LDA

VA MEDICAL CENTER,
DR. LALITHA KUSVPATI,

Defendants.

## **ORDER OF DISMISSAL**

By order entered August 18, 2017, the plaintiff was directed to show cause in writing why this case should not be dismissed for lack of prosecution. The plaintiff was warned that failure to respond by September 1, 2017 would lead to dismissal of this action.

Plaintiff having failed to file a timely response, it is hereby ordered that the above-captioned case be dismissed for lack of diligent prosecution.

It is so ordered.

September 13, 2017                      By the Court:

                                              /s/ William E. Smith, Chief Judge